IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN-WATERLOO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 07-0043 |
| vs. | ) | |
| TONY EUGENE GOODSON, | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on October 17, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, based upon defendant's guilty plea to Count 2 of the Indictment, in which defendant consented to the forfeiture of any interest he had or has in the property alleged to be subject to forfeiture under the Forfeiture Allegation of the June 12, 2007, Indictment;

AND WHEREAS, on November 2, 2007, November 9, 2007, and November 16, 2007, the United States published in the *Cedar Falls-Waterloo Courier*, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed against the property identified as subject to forfeiture in the June 12, 2007, Indictment;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the hereinafter described property, whether real, personal and/or mixed, of the defendant named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to Tony Eugene Goodson, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

> **$13,650.00 in United States currency seized on or about March 6, 2007, from defendant in Evansdale, Iowa**

3. That any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposit, as well as any income derived as a result of the United States Marshals management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Marshal into the Department of Justice Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshal.

DATED this 18 day of March, 2008.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA